# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Anderson, | No. CV-06-1399-PHX-DGC (JJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph Arpaio, Sheriff of Maricopa County, | |
| Defendant. | |

Plaintiff is a prisoner currently confined at the Arizona State Prison in Safford, Arizona. Plaintiff previously was detained at the Lower Buckeye Jail in Maricopa County. Plaintiff commenced this action by filing a *pro se* civil rights complaint on May 30, 2006. Dkt. #1. The complaint alleges that the jail was severely overcrowded and that Plaintiff had received unhealthy food. *Id.* On December 6, 2006, Defendant filed a motion to dismiss the complaint for failure to exhaust administrative remedies. Dkt. #8; *see* Dkt. ##10-11.

On April 4, 2006, United States Magistrate Judge Jacqueline Marshall issued a report and recommendation ("R&R") recommending that the Court grant the motion to dismiss. Dkt. #12. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 4 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)).

The parties did not file objections, which relieves the Court of its obligation to review

1  the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985)
2  ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the
3  subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo
4  determination . . . of any portion of the magistrate judge's disposition to which specific
5  written objection has been made[.]"). The Court will accept the R&R and grant the motion
6  to dismiss. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or
7  modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed.
8  R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Jacqueline Marshall's R&R (Dkt. #12) is **accepted**.
2. Defendant's motion to dismiss (Dkt. #8) is **granted**.
3. The Clerk shall **terminate** this action.

DATED this 26th day of April, 2007.

David G. Campbell
United States District Judge